No. 81–5110. MORALES *v.* NEW YORK. App. Term, Sup. Ct. N. Y., 9th & 10th Jud. Dists. Certiorari denied.

No. 81–5116. CHANDLER *v.* COCHRAN ET AL. Sup. Ct. Ga. Certiorari denied.

No. 81–5119. JACKSON ET AL. *v.* ROYAL BUSINESS MACHINES ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–5120. MYERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–5122. TATE *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 81–5123. McFADDEN *v.* BENSON, DBA L. Z. SHELL No. 2, ET AL. Ct. App Mich. Certiorari denied.

No. 81–5124. DOE *v.* ANKER ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–5126. CRAWFORD *v.* FENTON, PRISON SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–5131. JAMBOIS *v.* MORGAN CITY BANK & TRUST CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–5133. DUNCAN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–5137. McFADDEN *v.* TRAVELERS INDEMNITY CO. Ct. App. Mich. Certiorari denied.

No. 81–5141. SERPENTFOOT *v.* ANTI-DEFAMATION LEAGUE OF B'NAI B'RITH ET AL. Sup. Ct. Ga. Certiorari denied.

No. 81–5142. LINDNER *v.* WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.